No. 66. JAMES C. DAVIS, DIRECTOR GENERAL OF RAIL-
ROADS, ETC., *v.* CENA I. BAECHTEL ET AL.   Error to the
Court of Appeals of the State of Maryland.   Submitted

October 16, 1922. Decided October 23, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Johnson* v. *New York Life Ins. Co.,* 187 U. S. 491, 496; *Ireland* v. *Woods,* 246 U. S. 323, 330; *Erie R. R. Co.* v. *Hamilton,* 248 U. S. 369, 371–372. Mr. *Henry H. Keedy, Jr.,* Mr. *Frederic D. McKenney* and Mr. *John S. Flannery* for plaintiff in error. Mr. *Elias B. Hartle* for defendants in error.